# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN MONTGOMERY,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**RESORTSTAY INTERNATIONAL, LLC,**<br><br>Defendant. | Case No. 8:15-cv-00122-JAK-JEM<br><br>**ORDER DISMISISNG CASE WITH PREJUDICE**  ==JS-6== |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 29th day of October, 2015.

_____
The Honorable John A. Kronstadt